IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00795-PAB

KAYUM ABDUL,

    Applicant,

v.

LORETTA A. LYNCH, Attorney General,

    Respondent.

---

## **ORDER**

---

    Applicant, Kayum Abdul, is a citizen of Bangladesh. He has been ordered removed from the United States to his native country. In his Application for Writ of Habeas Corpus [Docket No. 1], he complains that United States Immigration and Customs Enforcement is holding him too long before removing him. On June 30, 2015, the Court ordered Respondent to show cause why the Application should not be granted. Docket No. 18. On July 21, 2015, Respondent filed a Response, Docket No. 19, which indicates that Mr. Abdul is the cause of the delay in his removal and, thus, his continued detention. Accordingly, it is

    **ORDERED** that this Court's prior Order that Applicant shall remain in custody until further order [ECF No. 18] is vacated.

    DATED September 2, 2015.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge